IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT A. SNYDER                    *

    Plaintiff                              *

v.                                              *          CIVIL NO. JKB-13-2084

CITIMORTGAGE, INC., *et al.*            *

    Defendants                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM**

Now pending before the Court are the PLAINTIFF'S MOTION TO REMAND TO STATE COURT (ECF No. 9) and the DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF No. 6). Responses and replies have been filed with respect to the motions (ECF Nos. 8, 11, 12, 13).

Turning first to the MOTION TO REMAND, it is DENIED for the reasons set out in the Defendants' response (ECF No. 12). The Plaintiff has invoked and claimed violations of federal statutes and thereby confered jurisdiction on this Court.

The Court next turns to the Defendants' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF No. 6). The motion is GRANTED. Careful review of the Plaintiff's Complaint reveals that it fails to allege facts such that it can pass the plausibility test. For this reason and for the reasons set out in the Defendants' Memorandum (ECF No. 6-1), the Complaint must be dismissed.

An appropriate order will follow.

DATED this 28th day of August, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge